# United States Court of Federal Claims

No. 12-718 T
July 8, 2014

**Douglas Waterhouse,**

> *Plaintiff*,

**v.**

**United States of America,**

> *Defendant*.

## STATUS REPORT ORDER

Having considered the joint status report, filed on July 7, 2014, in which the parties indicate that they are actively pursuing settlement:

1) The parties shall have time, until Monday, September 8, 2014, to further pursue settlement in this matter, and

2) The parties SHALL FILE by Monday, September 8, 2014, a JOINT STATUS REPORT apprising the court of their progress, if no joint stipulation of dismissal has yet been filed.

**IT IS SO ORDERED.**

s/ *Lawrence J. Block*

Lawrence J. Block
Judge